UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>IRWIN-YAEGER, INC.,<br><br>        Defendant. | NO: 13-CV-0387-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Notice of Dismissal with Prejudice (ECF No. 10). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party, subject to the preservation of certain rights. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Pursuant to the parties' agreement, Plaintiffs shall retain the right to conduct a future payroll examination of defendant's books and records (for any period of time other than July 1, 2011 through December 31, 2011) in order to ensure that all required fringe benefit contributions and union dues have been paid; and further, in

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

the event the payroll examination reveals that delinquent fringe benefit contributions and/or dues are owed, plaintiffs shall have the right to institute legal proceedings against defendant to recover the delinquent fringe benefit contributions and/or union dues found due and owing pursuant to the payroll examination report, together with all other amounts to which plaintiffs would be entitled to recover under the subject collective bargaining agreement, trust agreement and applicable law.

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal (ECF No. 10), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party, subject to the preservation of the rights enumerated above. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 25, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2